**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6904**

─────────────

ORLANDO DAVID ALMOND,

                     Petitioner - Appellant,

     versus

ALTON BASKERVILLE,

                     Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-01-230-3)

─────────────

Submitted: September 4, 2002     Decided: October 8, 2002

─────────────

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Orlando David Almond, Appellant Pro Se.  Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando David Almond seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the magistrate judge's opinion and conclude on the reasoning of the magistrate judge that Almond has not made a substantial showing of the denial of a constitutional right.[*] See Almond v. Baskerville, No. CA-01-230-3 (E.D. Va. May 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

2